1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYUNG HOON CHUNG, individually;<br>DUK BONG CHUNG, individually;<br>MYUNG BIN CHUNG, individually;<br>KUO CHUL CHUNG, individually; on behalf<br>of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MUKASEY, Attorney General<br>of the United States; DEPARTMENT OF<br>HOMELAND SECURITY; MICHAEL<br>CHERTOFF, Secretary of DHS;<br>and DOES 1 through 20, inclusive,<br><br>Defendants. | No. C 07-5554 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

Defendants in the above-captioned civil matter hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

///

///

Declination to Proceed Before Magistrate Judge
C07-5554 EMC                                                      1

1  Dated: January 8, 2008                    Respectfully submitted,

2                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
3

4
                                             _____/s/_____
5                                            EDWARD A. OLSEN
                                             Assistant United States Attorney
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declination to Proceed Before Magistrate Judge
C07-5554 EMC                              2