JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYUNG HOON CHUNG, individually; DUK BONG CHUNG, individually; MYUNG BIN CHUNG, individually; KUO CHUL CHUNG, individually; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MUKASEY, Attorney General of the United States; DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of DHS; and DOES 1 through 20, inclusive, <br><br> Defendants. | No. C 07-5554 SC <br><br> **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

The plaintiffs, by and through their attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about October 31, 2007. The United States Attorney's Office was not served until January 7, 2008.

2. Pursuant to this Court's October 31, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on January 30, 2007, and attend a case management conference on February 6, 2008.

Stipulation to Extend Dates
C07-5554 SC                                                                 1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | March 7, 2008 |
| Last day to file Joint ADR Certification: | March 21, 2008 |
| Last day to file/serve Joint Case Management Statement: | March 28, 2008 |
| Case Management Conference: | April 4, 2008, at 10:00 a.m. |

Date: January 10, 2008                             Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


                                                   /s/
                                                   EDWARD A. OLSEN
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants


                                                   /s/
Date: January 10, 2008                             ALEX C. PARK
                                                   Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:                                              _____
                                                   SAMUEL CONTI
                                                   United States District Judge

Stipulation to Extend Dates
C07-5554 SC                                        2