1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Box 36055
5     San Francisco, California 94102
      Telephone: (415) 436-6915
6     FAX: (415) 436-6927

7  Attorneys for Defendants

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12  BYUNG HOON CHUNG, individually;           )   No. C 07-5554 SC
    DUK BONG CHUNG, individually;             )
    MYUNG BIN CHUNG, individually;            )
13  KUO CHUL CHUNG, individually; on behalf   )   **DECLARATION OF EDWARD A.**
    of themselves and all others similarly situated, )   **OLSEN**
14                                            )
                  Plaintiffs,                 )
15                                            )
              v.                              )
16                                            )
    MICHAEL MUKASEY, Attorney General         )
17  of the United States; DEPARTMENT OF       )
    HOMELAND SECURITY; MICHAEL                )
18  CHERTOFF, Secretary of DHS;               )
    and DOES 1 through 20, inclusive          )
19                                            )
                  Defendants.                 )
20  _____

21          Pursuant to Local Rule 7-5 and 28 U.S.C. § 1746, I, Edward A. Olsen, declare as follows:

22          1. I am employed as an Assistant United States Attorney for the Northern District of

23  California and have been assigned *Chung v. Mukasey*, No. C 07-5554-SC. As such, I have

24  personal knowledge of the following facts and could testify regarding these facts if called to do so.

25          2. At the inception of this case, the United States Immigration and Customs Enforcement

26  (formerly, the Immigration and Naturalization Service) provided me with the relevant portions of

27  the Chungs' administrative files. Moreover, the Department of Justice's Office of Immigration

28  Litigation provided me with true and correct copies of filings that have been made in the United

OLSEN DECLARATION
C 07-5554 SC

States Court of Appeals in *Chung v. Mukasey*, Appeal No. 06-71728.

3.  Attached as Exhibit A is a true and correct copy of the Immigration Judge's Oral Decision, dated April 20, 2005, directing the Chungs' removal from the United States.

4.  Attached as Exhibit B is a true and correct copy of the Board of Immigration Appeals' decision, dated March 9, 2005, affirming the Immigration Judge's Oral Decision.

5.  Attached as Exhibit C is a true and correct copy of the United States Court of Appeals for the Ninth Circuit's Docket Sheet for *Chung v. Mukasey*, Appeal No. 06-71728.

6.  Attached as Exhibit D is a true and correct copy of the Chungs' Opening Brief in the Ninth Circuit in *Chung v. Mukasey*, Appeal No. 06-71728.

7.  Attached as Exhibit E is a true and correct copy of the government's Answering Brief in the Ninth Circuit in *Chung v. Mukasey*, Appeal No. 06-71728.

8.  Attached as Exhibit F is a true and correct copy of the Chungs' Reply Brief in the Ninth Circuit in *Chung v. Mukasey*, Appeal No. 06-71728.

9.  Attached as Exhibit G is a true and correct copy of the Chungs' Motion to Remand in the Ninth Circuit in *Chung v. Mukasey*, Appeal No. 06-71728.

10.  Attached as Exhibit H is a true and correct copy of the government's Opposition to Motion to Remand in the Ninth Circuit in *Chung v. Mukasey*, Appeal No. 06-71728.

11.  Attached as Exhibit I is as true and correct copy of the Ninth Circuit's Order, dated July 30, 2007, denying the Chungs' Motion to Remand in *Chung v. Mukasey*, Appeal No. 06-71728.

12.  Attached as Exhibit J is a true and correct copy of the Chungs' and the government's Joint Status Report filed in *Chung v. Mukasey*, Appeal No. 06-71728.

13.  Attached as Exhibit K is a true and correct copy of the Ninth Circuit's Order, dated August 23, 2007, in *Chung v. Mukasey*, Appeal No. 06-71728, withdrawing the case from submission pending resolution of a proposed joint motion to reopen to be filed with the Board of Immigration Appeals.

14.  Attached as Exhibit L is a true and correct copy of the Ninth Circuit's Order, dated August 23, 2007, directing the parties to file another joint status report in *Chung v. Mukasey*, Appeal No. 06-71728.

OLSEN DECLARATION
C 07-5554 SC

15. Attached as Exhibit M is a true and correct copy of the Chungs' and the government's second Joint Status Report filed in *Chung v. Mukasey*, Appeal No. 06-71728.

16. Attached as Exhibit N is a true and correct copy of the Ninth Circuit's Order, dated December 7, 2007, stating that submission of the case would continue to be withdrawn and directing the parties to file another status report in *Chung v. Mukasey*, Appeal No. 06-71728.

17. Attached as Exhibit O is a true and correct copy of the Chungs' Motion to Stay Matter Pending Decision in the Related District Court Action, filed in *Chung v. Mukasey*, Appeal No. 06-71728.

18. Attached as Exhibit P is a true and correct copy of the government's Opposition to the Chungs' Motion to Stay Matter Pending Decision in the Related District Court Action and Motion to Submit in *Chung v. Mukasey*, Appeal No. 06-71728.

19. Attached as Exhibit Q is a true and correct copy of the Ninth Circuit's Order, dated January 10, 2008, denying the Chungs' motion to stay as moot because the Ninth Circuit's December 7, 2007 order continuing the court's prior withdrawal of submission remains in effect.

20. Attached as Exhibit R is a true and correct copy of a Westlaw print-out of the Ninth Circuit's opinion in Hong v. Mukasey, ___ F.3d ___, 2008 WL 564978 (9th Cir. Mar. 4, 2008).

21. Attached as Exhibit S is a true and correct copy of a Westlaw print-out of the Ninth Circuit's opinion in Shin v. Mukasey, ___ F.3d ___, 2008 WL 564982 (9th Cir. Mar. 4, 2008).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 7th day of March 2008, in San Francisco, California.

                                          _____/s/_____
                                          EDWARD A. OLSEN

OLSEN DECLARATION
C 07-5554 SC