1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-6915
6     FAX: (415) 436-6927
7  Attorneys for Defendants
8
                 UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                  SAN FRANCISCO DIVISION
11
   BYUNG HOON CHUNG, individually;        )  No. C 07-5554 SC
12 DUK BONG CHUNG, individually;          )
   MYUNG BIN CHUNG, individually;         )
13 KUO CHUL CHUNG, individually; on behalf )
   of themselves and all others similarly situated, )
14                                         )
            Plaintiffs,                    )
15                                         )  **[PROPOSED] ORDER**
       v.                                  )
16                                         )  Date:  May 23, 2008
   MICHAEL MUKASEY, Attorney General       )  Time:  10:00 a.m.
17 of the United States; DEPARTMENT OF     )
   HOMELAND SECURITY; MICHAEL              )
18 CHERTOFF, Secretary of DHS;             )
   and DOES 1 through 20, inclusive        )
19                                         )
            Defendants.                    )
20 _____)

21    This matter came before the Court on defendants' motion to dismiss pursuant to Fed. R. Civ. P.

22 12(b)(1) and 12(b)(3).  The Court has carefully considered the pleadings of record.  For the

23 reasons set forth in defendants' motion to dismiss, the Court dismisses plaintiffs' action without

24 leave to amend.

25    Accordingly, it is ORDERED that the plaintiffs' action is dismissed without leave to amend.

26    IT IS SO ORDERED.

27 Dated:                          _____
28                                 SAMUEL CONTI
                                   United States District Judge

   PROPOSED ORDER
   C 07-5554-SC                    1