Alex C. Park (SBN 197781)
Law Offices of Alex C. Park
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone (408) 246-1515
Facsimile (408) 246-4105
alexcpark@yahoo.com

George Benetatos, Esq. (SBN 54986)
244 California Street, Suite 300
San Francisco, CA 94111
Telephone (415) 398-2296
Facsimile (415) 398-2290
GGBenetatos@yahoo.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYUNG HOON CHUNG, individually; DUK BONG CHUNG, individually; MYUNG BIN CHUNG, individually; and KUO CHUL CHUNG, individually; on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL MUKASEY, Attorney General of the United States; DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of DHS; and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Case No.: C 07 5554 EMC<br><br>**ASSOCIATION OF COUNSEL**<br><br>CLASS ACTION |

TO THE COURT AND TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorney George Benetatos hereby associates in this case with existing counsel, The Law Offices of Alex C. Park, as counsel of record for plaintiff

1

PLAINTIFFS' ASSOCIATION OF COUNSEL;
Case No. C 07 5554 EMC

BYUNG HOON CHUNG. Effective immediately, all pleadings, correspondence and other documents in this case should be served on and mailed, and notice should be given, to all counsel for plaintiffs, as follows:

| | |
|---|---|
| Alex C. Park, Esq.<br>Law Offices of Alex C. Park<br>4675 Stevens Creek Blvd., Suite 210<br>Santa Clara, CA 95051<br>Telephone: (408) 246-1515<br>Facsimile: (408) 246-4105 | George Benetatos, Esq. (SBN 54986)<br>244 California Street, Suite 300<br>San Francisco, CA 94111<br>Telephone (415) 398-2296<br>Facsimile (415) 398-2290 |

Respectfully submitted,

DATED: March 30, 2008          By: _____
                                              GEORGE BENETATOS, Esq.


DATED: March 30, 2008          LAW OFFICES OF ALEX C. PARK

                                              _____
                                              ALEX C. PARK, Attorney for Plaintiffs


DATED: March 30, 2008          By: _____
                                              BYUNG HOON CHUNG, Plaintiff