JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYUNG HOON CHUNG, individually;<br>DUK BONG CHUNG, individually;<br>MYUNG BIN CHUNG, individually;<br>KUO CHUL CHUNG, individually; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL MUKASEY, Attorney General of the United States; DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of DHS; and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. C 07-5554 SC<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

    Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

    Here, the parties agree that referral to a formal ADR process will not be beneficial in this immigration case. Given the substance of the action and the lack of any potential middle ground,

Joint Request to be Exempt from ADR
C07-5554 SC                                      1

ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Date: April 7, 2008                                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants

                                                       /s/
Date: April 7, 2008                                    ALEX C. PARK
                                                       Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Date:                                                  _____
                                                       SAMUEL CONTI
                                                       United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.