1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

| | |
|---|---|
| BYUNG HOON CHUNG, individually;<br>DUK BONG CHUNG, individually;<br>MYUNG BIN CHUNG, individually;<br>KUO CHUL CHUNG, individually; on behalf<br>of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>       v.<br><br>MICHAEL MUKASEY, Attorney General<br>of the United States; DEPARTMENT OF<br>HOMELAND SECURITY; MICHAEL<br>CHERTOFF, Secretary of DHS;<br>and DOES 1 through 20, inclusive,<br><br>               Defendants. | No. C 07-5554 SC<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

22     Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

23  Resolution Procedures in the Northern District of California," or the specified portions of the

24  ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

25  options provided by the court and private entities, and considered whether this case might benefit

26  from any of them.

27     Here, the parties agree that referral to a formal ADR process will not be beneficial in this

28  immigration case.  Given the substance of the action and the lack of any potential middle ground,

Joint Request to be Exempt from ADR
C07-5554 SC                                    1

1  ADR will only serve to multiply the proceedings and unnecessarily tax court resources.

2     Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the
3  ADR Multi-Option Program and that they be excused from participating in the ADR phone
4  conference and any further formal ADR process.

5  Date: April 7, 2008                                    Respectfully submitted,

6                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney

8                                                          _____
                                                           EDWARD A. OLSEN[1]
9                                                          Assistant United States Attorney
                                                           Attorneys for Defendants

                                                                       /s/
12  Date: April 7, 2008                                    ALEX C. PARK
                                                           Attorney for Plaintiffs

14                                  **ORDER**

15     Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the
16  ADR Multi-Option Program and are excused from participating in the ADR phone conference and
17  any further formal ADR process.

18  **SO ORDERED.**

20  Date:    4/10/08



27  [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Joint Request to be Exempt from ADR
C07-5554 SC                                              2