JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYUNG HOON CHUNG, individually; DUK BONG CHUNG, individually; MYUNG BIN CHUNG, individually; KUO CHUL CHUNG, individually; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MUKASEY, Attorney General of the United States; DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of DHS; and DOES 1 through 20, inclusive <br><br> Defendants. | No. C 07-5554 SC <br><br> **SUPPLEMENTAL DECLARATION OF EDWARD A. OLSEN** |

Pursuant to Local Rule 7-5 and 28 U.S.C. § 1746, I, Edward A. Olsen, declare as follows:

1. I am employed as an Assistant United States Attorney for the Northern District of California and have been assigned *Chung v. Mukasey*, No. C 07-5554-SC. As such, I have personal knowledge of the following facts and could testify regarding these facts if called to do so.

2. Attached as Exhibit 1 is a true and correct copy of the Immigration Judge's Oral Decision, dated May 20, 2005, in the removal proceeding of Young Sun Shin (A72-976-144). The attorney representing Ms. Shin was Alex Park, the attorney who is representing the Chungs in the above-captioned matter.

SUPPLEMENTAL OLSEN DECLARATION
C 07-6011 SC

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed under the laws of the United States on this 8th day of May 2008, in San
3  Francisco, California.

5  /s/
6  EDWARD A. OLSEN

SUPPLEMENTAL OLSEN DECLARATION
C 07-6011 SC