1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  EDWARD A. OLSEN, CSBN 214150
   Assistant United States Attorney
4
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
6  FAX: (415) 436-6927

7  Attorneys for Defendants

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN FRANCISCO DIVISION
11
   BYUNG HOON CHUNG, individually;         ) No. C 07-5554 SC
12 DUK BONG CHUNG, individually;           )
   MYUNG BIN CHUNG, individually;          )
13 KUO CHUL CHUNG, individually; on behalf )
   of themselves and all others similarly situated, )
14                                         )
                  Plaintiffs,              )
15                                         ) **DEFENDANTS' STATUS REPORT**
          v.                               )
16                                         ) Date:  May 23, 2008
   MICHAEL MUKASEY, Attorney General       ) Time:  10:00 a.m.
17 of the United States; DEPARTMENT OF     )
   HOMELAND SECURITY; MICHAEL              )
18 CHERTOFF, Secretary of DHS;             )
   and DOES 1 through 20, inclusive        )
19                                         )
                  Defendants.              )
20 _____

21     The defendants wish to inform the Court that the United States Court of Appeals for the Ninth

22 Circuit has today denied the Chungs' petition for review in *Chung v. Mukasey*, Appeal No. 06-

23 71728. A copy of the Ninth Circuit's memorandum disposition is attached.

24     In the memorandum disposition, the Ninth Circuit expressly rejects the Chungs' equitable

25 estoppel claim, stating:

26     The Chungs' argument that the government should be equitably estopped from
       pursuing their removal is equally unavailing. The Chungs claim they were the
27     victims of a fraud committed by Leland Sustaire, a supervisory official at the INS.
       As we recently held in another case stemming from this same scheme, "Sustaire was
28     a government employee who took bribes and engaged in fraud, crimes for which he

STATUS REPORT
C 07-5554-SC                                     1

was convicted. There is no dispute that Sustaire's acts were unauthorized. Thus, the threshold requirement for applying equitable estoppel against the government" – that the government authorized the acts – "is not satisfied in this case." *Shin*, 519 F.3d at 907.

Accordingly, even if this Court did have jurisdiction over the Chungs' district court action despite the REAL ID Act, the action would have to be dismissed because the Ninth Circuit's holding is law of the case and the plaintiffs are barred by the doctrines of law of the case and res judicata from re-litigating their claims here.

Dated: May 13, 2008                         JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                             /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney