1
ALEX C. PARK [SBN: 197781]
LAW OFFICES OF ALEX C. PARK
4675 Stevens Creek Boulevard, Suite 100
Santa Clara, CA 95051
Telephone:  (408) 246-1515
Facsimile:   (408) 246-4105

GEORGE G. BENETATOS  [SBN: 54986]
LAW OFFICE OF GEORGE G. BENETATOS
244 California Street, Suite 300
San Francisco, California  94111
Telephone:  (415) 398-2296
Facsimile:   (415) 398-2290

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYUNG HOON CHUNG, individually; DUK BONG CHUNG, individually; MYUNG BIN CHUNG, individually; and KUO CHUL CHUNG, individually; on behalf of themselves and all others similarly situated; <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MUKASEY, Attorney General of the United States; DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of DHS; and DOES 1 THROUGH 20, inclusive, <br><br> Defendants. | No. C 07 5554 EMC <br><br><br> **PLAINTIFFS' RESPONSE TO DEFENDANTS' STATUS REPORT** |

   Plaintiffs wish to inform the Court that there has been a Petition for En Banc Review ("Petition") filed in response to the Ninth Circuit's memorandum disposition filed May 13, 2008 referenced in defendant's status report.  The Petition is pending and no final decision has been entered on the Petition.  Further, the *Shin* case referenced in defendants' status report is similarly facing a Petition for En Banc Review and is not yet final.

2

      The Petition argues the fact that petitioners' claim for estoppel was not allowed to be fully developed and articulated before the immigration judge and therefore cannot be accurately determined on appeal.

      Plaintiffs also wish to remind this court that this matter has been filed as a class action case and a decision based solely on the Ninth Circuit's memorandum disposition in the Chung matter must also take into account the numerous parties that rely on the claims in this matter.

      Respectfully submitted,

      LAW OFFICE OF ALEX C. PARK

Dated: May 21, 2008      /s/
      ALEX C. PARK
      Attorney for Plaintiffs