JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BYUNG HOON CHUNG, individually; DUK BONG CHUNG, individually; MYUNG BIN CHUNG, individually; KUO CHUL CHUNG, individually; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL MUKASEY, Attorney General of the United States; DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of DHS; and DOES 1 through 20, inclusive <br><br> Defendants. | No. C 07-5554 SC <br><br> **JOINT STATUS CONFERENCE STATEMENT** <br><br> Date: June 13, 2008 <br> Time: 10:00 a.m. |

    The parties hereby submit this joint status conference statement as a supplement to the joint case management statement that they previously filed on March 28, 2008.[1]

**I. Background**

    The plaintiffs, Byung Hoon Chung, Duk Bong Chung, Myung Bin Chung, and Kuo Chul Chung (collectively, "the Chungs"), are natives and citizens of South Korea who have been ordered removed from the United States by an Immigration Judge. The Board of Immigration

---

[1] The case management conference was originally scheduled for April 4, 2008, but was rescheduled by the Court to June 13, 2008.

JOINT STATUS CONFERENCE STATEMENT
C 07-5554-SC                    1

Appeals affirmed the Immigration Judge's removal order and the United States Court of Appeals for the Ninth Circuit has recently (on May 13, 2008) denied the Chungs' petition for review. *See Chung v. Mukasey*, 9th Circuit Appeal No. 06-71728. The Chungs have filed a petition for en banc review with the Ninth Circuit, which is pending.

The Chungs filed the current action on October 31, 2007, seeking a declaration from this Court that their removal order is invalid and an injunction barring the government from executing their removal order. The Chungs' removal order is based on the fact that the Chungs obtained their alien registration cards ("green cards") through Leland Sustaire, a former employee of the Immigration and Naturalization Service (INS), who was using his government position to sell fraudulent green cards. The Chungs deny any knowledge of the fraud that was committed by Sustaire.

## II. Status of Case

The government has filed a motion to dismiss the Chungs' action pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). A hearing on the motion was scheduled for May 23, 2008, but this Court vacated the hearing. The motion to dismiss is pending.

## III. Proposed Course of Action

In the interest of judicial economy, the parties jointly ask this Court to extend the date of the case management conference to a date after the Court resolves the government's motion to dismiss. If the Court has not dismissed the action, the parties will file a joint case management statement at least seven days in advance of the revised case management conference date.

Dated:   June 9, 2008                         JOSEPH P. RUSSONIELLO
                                              United States Attorney


                                                /s/
                                              EDWARD A. OLSEN
                                              Assistant United States Attorney


Dated:   June 9, 2008                           /s/
                                              ALEX C. PARK
                                              Attorney for Plaintiffs

JOINT STATUS CONFERENCE STATEMENT
C 07-5554-SC                                           2

1
2                                    **ORDER**
3    Pursuant to stipulation, IT IS SO ORDERED.
4
5
   Date:                          _____
6                                  SAMUEL CONTI
                                   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28