# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FILED

08 AUG 19 PM 3: 09

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**File Number 07-5554 SC**

| | | |
|---|---|---|
| BYUNG HOON CHUNG, individually; DUK BONG CHUNG, individually; MYUNG BIN CHUNG, individually; KUO CHUL CHUNG, individually; on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>MICHAEL B. MUKASEY, Attorney General of the United States; DEPARTMENT OF HOMELAND SECURITY; MICHAEL CHERTOFF, Secretary of DHS; and DOES 1 through 20, inclusive,<br><br>               Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF APPEAL** |

Notice is hereby given that all plaintiffs, on behalf of themselves and all others similarly situated, in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an Order Granting

1

Defendants' Motion To Dismiss entered in this action on July 21, 2008.

Dated:  August 18, 2008


Alex C. Park, State Bar No. 197781
Law Offices of Alex C. Park
4675 Stevens Creek Blvd., Suite 100
Santa Clara, CA 95051
Telephone (408) 246-1515
Attorney for Petitioners

2

SERVICE LIST


Michael Mukasey, Attorney General
U.S. Department of Justice
Civil Division
930 Pennsylvania Avenue, NW
Washington, DC 20530-00001


Office of the District Counsel/SFR
P.O. Box 26449
San Francisco, CA 94126-6449