**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                   General Court Number
Clerk                                                                                                         415.522.2000

August 20, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: <u>CV 07-05554 SC</u>**

**CASE TITLE: <u>BYUN G HOON CHUNG-v-PETER D. KEISLER</u>**

USCA Case Number:

Dear Sir/Madam:

     Enclosed is the Notice of Appeal in the above captioned case.  Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                                               Sincerely,

                                               RICHARD W. WIEKING, Clerk

                                               by:  <u>Alfred Amistoso</u>
                                               Case Systems Administrator

cc:  Counsel of Record