ADRMOPTERM, APPEAL, CLOSED, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05554-SC
### Internal Use Only

| | |
|---|---|
| Chung et al v. Keisler et al | Date Filed: 10/31/2007 |
| Assigned to: Hon. Samuel Conti | Date Terminated: 07/21/2008 |
| Cause: 28:1361 Petition for Writ of Mandamus | Jury Demand: Plaintiff |
| | Nature of Suit: 460 Deportation |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Byun G. Chung**　　　　　　　　　　represented by **Alex Chinhyung Park**
*on behalf of himself and all others*　　　　　　　　Law Offices of Alex C. Park
*similarly situated*　　　　　　　　　　　　　　　4675 Stevens Creek Blvd., Suite 100
　　　　　　　　　　　　　　　　　　　　　　　Santa Clara , CA 95051
　　　　　　　　　　　　　　　　　　　　　　　408-246-1515
　　　　　　　　　　　　　　　　　　　　　　　Fax: 408-246-4105
　　　　　　　　　　　　　　　　　　　　　　　Email: alexcpark@yahoo.com
　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　**George G. Benetatos**
　　　　　　　　　　　　　　　　　　　　　　　Law Office of George G. Benetatos
　　　　　　　　　　　　　　　　　　　　　　　244 California Street Suite 300
　　　　　　　　　　　　　　　　　　　　　　　San Francisco , CA 94111
　　　　　　　　　　　　　　　　　　　　　　　415-398-2296
　　　　　　　　　　　　　　　　　　　　　　　Fax: 415-398-2290
　　　　　　　　　　　　　　　　　　　　　　　Email: cwellen@earthlink.net
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Duk Bong Chung**　　　　　　　　　represented by **Alex Chinhyung Park**
*on behalf of herself and all others*　　　　　　　　(See above for address)
*similarly situated*　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　**George G. Benetatos**
　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Myung Bin Chung**　　　　　　　　　represented by **Alex Chinhyung Park**

*on behalf of himself and all others*                          (See above for address)
*similarly situated*                                           *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **George G. Benetatos**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kuo Chul Chung**                       represented by       **Alex Chinhyung Park**
*on behalf of himself and all others*                          (See above for address)
*similarly situated*                                           *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **George G. Benetatos**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Peter D. Keisler**                     represented by       **Edward A. Olsen**
*Acting Attorney General of the United*                        United States Attorney's Office
*States*                                                       Northern District of California
*TERMINATED: 11/16/2007*                                       450 Golden Gate Avenue
                                                               Box 36055
                                                               San Francisco , CA 94102
                                                               415-436-6915
                                                               Fax: 415-436-6927
                                                               Email: edward.olsen@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Department of Homeland Security**      represented by       **Edward A. Olsen**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Chertoff**                     represented by       **Edward A. Olsen**
*Secretary of DHS*                                             (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Defendant**

**Emilio T. Gonzales**                   represented by       **Edward A. Olsen**
*Director of U.S. Citizenship*                                 (See above for address)
*TERMINATED: 11/16/2007*                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Immigration Services Department of State**
*TERMINATED: 11/16/2007*

represented by **Edward A. Olsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Condoleezza Rice**
*TERMINATED: 11/16/2007*

represented by **Edward A. Olsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Mukasey**
*Attorney General of the United States*

represented by **Edward A. Olsen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2007 | 1 | COMPLAINT; summons issued against Peter D. Keisler, Department of Homeland Secuirty, Michael Chertoff, Emilio T. Gonzales, Immigration Services Department of State, Condoleezza Rice (Filing fee $ 350, receipt number 34611012018). Filed by Byun G. Chung, Duk Bong Chung, Myung Bin Chung, Kuo Chul Chung. (slh, COURT STAFF) (Filed on 10/31/2007) Additional attachment(s) added on 11/19/2007 (slh, COURT STAFF). (Entered: 11/01/2007) |
| 10/31/2007 | 2 | CASE MANAGEMENT CONFERENCE ORDER: Case Management Conference set for 2/6/2008 01:30 PM. (slh, COURT STAFF) (Filed on 10/31/2007) (Entered: 11/01/2007) |
| 10/31/2007 |  | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 10/31/2007) (Entered: 11/01/2007) |
| 11/16/2007 | 3 | FIRST AMENDED COMPLAINT against Michael Mukasey, Department of Homeland Secuirty, Michael Chertoff. Filed by Byun G. Chung, Duk Bong Chung, Myung Bin Chung, Kuo Chul Chung. (slh, COURT STAFF) (Filed on 11/16/2007) Additional attachment(s) added on 11/19/2007 (slh, COURT STAFF). (Entered: 11/19/2007) |
| 11/16/2007 |  | (Court only) *** Parties Peter D. Keisler; Condoleezza Rice; Emilio T. Gonzales and Immigration Services Department of State terminated. (slh, COURT STAFF) (Filed on 11/16/2007) (Entered: 11/19/2007) |
| 01/08/2008 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Peter D. Keisler, Department of Homeland Secuirty, Michael Chertoff, Emilio T. Gonzales, Immigration Services Department of State, Condoleezza Rice, Michael Mukasey. (Olsen, Edward) (Filed on 1/8/2008) (Entered: 01/08/2008) |

| | | |
|---|---|---|
| 01/09/2008 | 5 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 1/9/2008) (Entered: 01/09/2008) |
| 01/10/2008 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Samuel Conti for all further proceedings. Judge Magistrate Judge Edward M. Chen no longer assigned to the case.. Signed by Executive Committee on 1/10/08. (as, COURT STAFF) (Filed on 1/10/2008) (Entered: 01/10/2008) |
| 01/11/2008 | 7 | STIPULATION *to Extend Date of Case Management Conference and [Proposed] Order* by Peter D. Keisler, Department of Homeland Secuirty, Michael Chertoff, Emilio T. Gonzales, Immigration Services Department of State, Condoleezza Rice, Michael Mukasey. (Olsen, Edward) (Filed on 1/11/2008) (Entered: 01/11/2008) |
| 01/14/2008 | 8 | STIPULATION AND ORDER Initial Case Management Conference set for 4/4/2008 10:00 AM.. Signed by Judge Samuel Conti on 1/14/08. (tdm, COURT STAFF) (Filed on 1/14/2008) (Entered: 01/14/2008) |
| 01/14/2008 | | (Court only) ***Deadlines terminated. (tdm, COURT STAFF) (Filed on 1/14/2008) (Entered: 01/14/2008) |
| 03/07/2008 | 9 | MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss* filed by Peter D. Keisler, Department of Homeland Secuirty, Michael Chertoff, Emilio T. Gonzales, Immigration Services Department of State, Condoleezza Rice, Michael Mukasey. Motion Hearing set for 5/23/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Olsen, Edward) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/07/2008 | 10 | Declaration of Edward A. Olsen in Support of 9 MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss* filed byPeter D. Keisler, Department of Homeland Secuirty, Michael Chertoff, Emilio T. Gonzales, Immigration Services Department of State, Condoleezza Rice, Michael Mukasey. (Attachments: # 1 Exhibits A-D, # 2 Exhibit E, # 3 Exhibits F-O, # 4 Exhibits P-S)(Related document(s) 9 ) (Olsen, Edward) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/07/2008 | 11 | Proposed Order re 9 MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss* by Peter D. Keisler, Department of Homeland Secuirty, Michael Chertoff, Emilio T. Gonzales, Immigration Services Department of State, Condoleezza Rice, Michael Mukasey. (Olsen, Edward) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/28/2008 | 12 | CASE MANAGEMENT STATEMENT *(Joint)AND [PROPOSED] ORDER* filed by Department of Homeland Secuirty, Michael Chertoff, Michael Mukasey. (Olsen, Edward) (Filed on 3/28/2008) Modified on 3/31/2008 (aaa, Court Staff). (Entered: 03/28/2008) |
| 04/02/2008 | 13 | CLERK'S NOTICE Case Management Conference set for 4/4/08 is continued to 6/13/2008 10:00 AM. (tdm, COURT STAFF) (Filed on 4/2/2008) (Entered: 04/02/2008) |
| 04/02/2008 | | (Court only) ***Deadlines terminated. (tdm, COURT STAFF) (Filed on 4/2/2008) (Entered: 04/02/2008) |

| | | |
|---|---|---|
| 04/04/2008 | 14 | NOTICE of Appearance by Alex Chinhyung Park *for George G. Benetatos* (Park, Alex) (Filed on 4/4/2008) (Entered: 04/04/2008) |
| 04/04/2008 | | (Court only) ***Attorney George G. Benetatos for Byun G. Chung, Duk Bong Chung, Myung Bin Chung and Kuo Chul Chung added. Re 14 Notice (aaa, Court Staff) (Filed on 4/4/2008) (Entered: 04/07/2008) |
| 04/07/2008 | 15 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options *Parties' Joint Request to be Exempt from Formal ADR Process* (Olsen, Edward) (Filed on 4/7/2008) (Entered: 04/07/2008) |
| 04/11/2008 | 16 | STIPULATION AND ORDER case removed from formal ADR proceedings. Signed by Judge Samuel Conti on 4/10/08. (tdm, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| 05/01/2008 | 17 | Memorandum in Opposition re 9 MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss* filed byByun G. Chung. (Park, Alex) (Filed on 5/1/2008) (Entered: 05/01/2008) |
| 05/01/2008 | 18 | AFFIDAVIT in Opposition re 9 MOTION to Dismiss *Defendants' Notice of Motion and Motion to Dismiss Declaration of Alex C. Park* filed byByun G. Chung. (Park, Alex) (Filed on 5/1/2008) (Entered: 05/01/2008) |
| 05/08/2008 | 19 | Reply Memorandum filed byDepartment of Homeland Security, Michael Chertoff, Michael Mukasey. (Olsen, Edward) (Filed on 5/8/2008) (Entered: 05/08/2008) |
| 05/08/2008 | 20 | Declaration of Edward A. Olsen *(Supplemental) with Exhibit One* filed byDepartment of Homeland Security, Michael Chertoff, Michael Mukasey. (Attachments: # 1 Exhibit)(Olsen, Edward) (Filed on 5/8/2008) (Entered: 05/08/2008) |
| 05/13/2008 | 21 | STATUS REPORT *with Attachment* by Department of Homeland Security, Michael Chertoff, Michael Mukasey. (Attachments: # 1 Appendix Ninth Circuit Disposition)(Olsen, Edward) (Filed on 5/13/2008) (Entered: 05/13/2008) |
| 05/21/2008 | 22 | Request for Judicial Notice re 21 Status Report filed byByun G. Chung. (Related document(s) 21 ) (Park, Alex) (Filed on 5/21/2008) (Entered: 05/21/2008) |
| 06/09/2008 | 23 | STATUS REPORT *(Joint)* by Department of Homeland Security, Michael Chertoff, Michael Mukasey. (Olsen, Edward) (Filed on 6/9/2008) (Entered: 06/09/2008) |
| 06/11/2008 | 24 | CLERK'S NOTICE Case Management Conference set for 6/11/08 is continued to 8/1/2008 10:00 AM. (tdm, COURT STAFF) (Filed on 6/11/2008) (Entered: 06/11/2008) |
| 07/21/2008 | 25 | ORDER by Judge Samuel Conti granting 9 Motion to Dismiss (sclc2, COURT STAFF) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | | (Court only) ***Civil Case Terminated. (sclc2, COURT STAFF) (Filed on 7/21/2008) (Entered: 07/21/2008) |

| | | |
|---|---|---|
| 08/19/2008 | 26 | NOTICE OF APPEAL as to 25 Order on Motion to Dismiss by Byun G. Chung, Duk Bong Chung, Myung Bin Chung, Kuo Chul Chung. Filing fee $ 455.00., Receipt Number 34611022578 (aaa, Court Staff) (Filed on 8/19/2008) (Entered: 08/20/2008) |
| 08/20/2008 | 27 | Cover Letter and Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 26 Notice of Appeal (aaa, Court Staff) (Filed on 8/20/2008) (Additional attachment(s) added on 8/20/2008: # 1 Transmittal Form) (aaa, Court Staff). (Entered: 08/20/2008) |
| 08/20/2008 | 28 | Certificate of Record Mailed to USCA re appeal 26 Notice of Appeal : (aaa, Court Staff) (Filed on 8/20/2008) (Entered: 08/20/2008) |
| 08/20/2008 | 29 | Copy of 26 Notice of Appeal and Docket sheet mailed to all counsel without an e-mailing address. (aaa, Court Staff) (Filed on 8/20/2008) (Entered: 08/20/2008) |