Dbtf !4;18.dw 16665.TD!!!!!Epdvn f ou38!!!!!!Gjrfe!1903103119!!!!!Qbhf !2!pg 2

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 20, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 07-05554 SC**

**CASE TITLE: BYUN G HOON CHUNG-v-PETER D. KEISLER**

USCA Case Number:  08-16864

Dear Sir/Madam:

Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

cc: Counsel of Record



FILED
08 AUG 26 AM 11: 17

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

SAN FRANCISCO CA 941
22 AUG 2008 PM 5

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES